COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                                 NO. 2-10-071-CV

 

IN RE BILLY JOE SCALES                                                                    RELATOR

 

                                                       ------------

                                           ORIGINAL
PROCEEDING

                                                       ------------

                                      MEMORANDUM OPINION[1]

                                                       ------------

The court has considered relator=s petition for writ of mandamus and is of the opinion that
relief should be denied.[2]  Accordingly, relator=s petition for writ of mandamus is
denied.

 








PER CURIAM

 

 

PANEL:  GARDNER
and MEIER, JJ.

 

DELIVERED: 
March 15, 2010











    
[1]See
Tex. R. App. P. 47.4.





    
[2]This
court has been informed by the district clerk=s office and by the trial court clerk for Criminal
District Court No. 1 that they have not received the motion for DNA testing
that relator contends he filed. 
Presentment of the motion to the trial court is a prerequisite to
mandamus relief.  See O=Connor
v. First Court of Appeals, 837 S.W.2d
94, 97 (Tex. 1992) (orig. proceeding) (AMandamus will issue when there is a legal duty to
perform a non‑discretionary act, a demand for performance, and a refusal.@); In
re Chavez, 62 S.W.3d 225, 228 (Tex. App.CAmarillo 2001, orig. proceeding) (AIndeed,
one can hardly be faulted for doing nothing if he were never aware of the need
to act.@).  Because
relator=s motion has never been received by the district clerk=s office
for filing, the Respondent has not been provided an opportunity to rule upon
the motion.